Submit by Email

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

26 USC § 7206(2) - 25 counts
Preparation of False Tax Returns

☐ Petty ☐ Minor ☐ Misde-meanor ☒ Felony

PENALTY:

26 USC § 7206(2) - 3 yrs impris., $250,000 fine, year superv. rel., $100 assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 10 PM 2:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

CHARLES E. PULLEN

DISTRICT COURT NUMBER

CR 08 0015 CRB

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under — MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): THOMAS NEWMAN, AUSA, TAX DIV.

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** — Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** — Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

FILED
08 JAN 10 PM 2:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
CR 08 0015 CRB

V.

CHARLES E. PULLEN,

DEFENDANT.

## INDICTMENT

A true bill.

Bonnie O'Grady
Foreman

Filed in open court this 10th day of JANUARY 2008.

[signature]
Clerk

Bail, $ arrest warrant

[signature]

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED 08 JAN 10 PM 2:03 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CR 08 0015 CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | |
| v. | ) | VIOLATIONS: 26 U.S.C. § 7206(2) - Aiding and Assisting in the Preparation of False Tax Returns (25 COUNTS) |
| CHARLES E. PULLEN, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

INTRODUCTION - DEFINITIONS

1. The Internal Revenue Service ("IRS") is an agency of the United States within the Department of the Treasury of the United States.

2. (a) The Internal Revenue Code (Title 26 of the United States Code) contains the statutes and laws of the United States concerning, among other things, tax liability.

(b) "Federal Income Tax" refers to the tax due the United States under the Internal Revenue Code.

**COUNTS ONE THROUGH NINE:** (26 U.S.C. § 7206(2))

On or about the dates set forth below, in the Northern District of California, the defendant,

CHARLES EDWARD PULLEN,

a resident of Pinole, California, did willfully aid and assist in, procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, for 2001, either individual or joint, for the taxpayers specified below, which were false and fraudulent as to the material matters specified below, in that the defendant CHARLES EDWARD PULLEN prepared the tax returns described below containing the materially false item(s) specified below, which the defendant then and there knew were false:

| COUNT | DATE OF OFFENSE | TAXPAYER | MATERIAL FALSE ITEMS |
|---|---|---|---|
| 1 | 3/13/2002 | U. & C. A. | Form 1040, line 36 - ($54,019), including:<br>1. Sch. A, line 15 - $ 5,400;<br>2. Sch. A, line 16 - $15,743;<br>3. Sch. A, line 20 - $ 7,270;<br>4. Sch. A, line 22 - $15,135 |
| 2 | 7/19/2002 | W. & L. A. | Form 1040, line 36 - ($40,261), including:<br>1. Sch. A, line 16 - $ 9,725;<br>2. Sch. A, line 22 - $12,951; |
| 3 | 4/14/2002 | M. B. | Form 1040, Filing Status (Single)<br>Form 1040, line 36 - ($50,928), including:<br>1. Sch. A, line 5 - $ 2,905;<br>2. Sch. A, line 15 - $ 9,865;<br>3. Sch. A, line 16 - $ 9,740;<br>4. Sch. A, line 20 - $11,911;<br>5. Sch. A, line 22 - $17,270 |
| 4 | 4/15/2002 | S. B. | Form 1040, Filing Status (Single)<br>Form 1040, line 36 -($31,892) including:<br>1. Sch. A, line 5 - $ 1,045;<br>2. Sch. A, line 7 - $ 324;<br>3. Sch. A, line 15 - $ 3,476;<br>4. Sch. A, line 16 - $ 1,045;<br>5. Sch. A, line 20 - $11,433;<br>6. Sch. A, line 22 - $ 890; |
| 5 | 2/18/2002 | B. D. | Form 1040, line 36 - ($36,841), including:<br>1. Sch. A, line 15 - $ 7,216;<br>2. Sch. A, line 16 - $ 9,835;<br>3. Sch. A, line 20 - $ 1,900;<br>4. Sch. A, line 22 - $ 3,692; |

| COUNT | DATE OF OFFENSE | TAXPAYER | MATERIAL FALSE ITEMS |
|---|---|---|---|
| 6 | 9/27/2002 | J. & G. J. | Form 1040, line 12 - ($12,137), including:<br>1. Sch. C, line 7 - $ 1,000;<br>2. Sch. C, line 10 - $ 3,488;<br>3. Sch. C, line 13 - $ 2,937;<br>4. Sch. C, line 27 - $ 4,644<br>Form 1040, line 36 - ($51,468), including:<br>1. Sch. A, line 16 - $16,230;<br>2. Sch. A, line 22 - $12,951; |
| 7 | 9/10/2002 | L. & S. J. | Form 1040, line 36 - ($79,754), including:<br>1. Sch. A, line 15 - $ 7,906;<br>2. Sch. A, line 16 - $ 9,725;<br>3. Sch. A, line 20 - $10,206 |
| 8 | 4/12/2002 | V. S. | Form 1040, line 36 - ($41,014), including:<br>1. Sch. A, line 15 - $ 7,810;<br>2. Sch. A, line 16 - $14,455;<br>3. Sch. A, line 22 - $16,397 |
| 9 | 12/3/2002 | G. T. | Form 1040, line 36 - ($37,781), including:<br>1. Sch. A, line 15 - $ 4,716;<br>2. Sch. A, line 16 - $ 9,855;<br>3. Sch. A, line 20 - $ 7,080;<br>4. Sch. A, line 22 - $14,201 |

In violation of Title 26, United States Code, Section 7206(2).

///

///

**COUNTS TEN THROUGH EIGHTEEN:** (26 U.S.C. § 7206(2))

On or about the dates set forth below, in the Northern District of California, the defendant,

CHARLES EDWARD PULLEN,

a resident of Pinole, California, did willfully aid and assist in, procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, for 2002, either individual or joint, for the taxpayers specified below, which were false and fraudulent as to the material matters specified below, in that the defendant CHARLES EDWARD PULLEN prepared the tax returns described below containing the materially false item(s) specified below, which the defendant then and there knew were false:

| COUNT | DATE OF OFFENSE | TAXPAYER | MATERIAL FALSE ITEMS |
|---|---|---|---|
| 10 | 8/27/2003 | U. & C. A. | Form 1040, line 38 - ($62,892), including:<br>1. Sch. A, line 15 - $ 7,819;<br>2. Sch. A, line 16 - $16,705;<br>3. Sch. A, line 20 - $10,176;<br>4. Sch. A, line 22 - $16,785 |
| 11 | 8/22/2003 | W. & L. A. | Form 1040, line 38 - ($66,126), including:<br>1. Sch. A, line 16 - $14,185;<br>2. Sch. A, line 20 - $10,526;<br>3. Sch. A, line 22 - $ 7,500 |
| 12 | 5/1/2003 | M. B. | Form 1040, Filing Status (Single)<br>Form 1040, line 38 - ($66,409), including:<br>1. Sch. A, line 5 - $ 2,116;<br>2. Sch. A, line 15 - $ 7,601;<br>3. Sch. A, line 16 - $14,595;<br>4. Sch. A, line 20 - $25,783;<br>5. Sch. A, line 22 - $12,635 |
| 13 | 4/30/2003 | S. B. | Form 1040, Filing Status (Single)<br>Form 1040, line 38 -($21,382) including:<br>1. Sch. A, line 5 - $ 669;<br>2. Sch. A, line 7 - $ 301;<br>3. Sch. A, line 15 - $ 3,417;<br>4. Sch. A, line 16 - $ 4,975;<br>5. Sch. A, line 20 - $ 4,727;<br>6. Sch. A, line 22 - $ 6,314; |
| 14 | 4/26/2003 | B. D. | Form 1040, line 38 - ($58,162), including:<br>1. Sch. A, line 15 - $ 6,710;<br>2. Sch. A, line 16 - $18,745;<br>3. Sch. A, line 20 - $12,845;<br>4. Sch. A, line 22 - $ 950; |

| COUNT | DATE OF OFFENSE | TAXPAYER | MATERIAL FALSE ITEMS |
|---|---|---|---|
| 15 | 4/29/2003 | J. & G. J. | Form 1040, line 12 - ($18,121), including:<br>1. Sch. C, line 10 - $ 2,670;<br>2. Sch. C, line 13 - $ 2,589;<br>3. Sch. C, line 24 - $ 2,973;<br>4. Sch. C, line 27 - $ 10,389<br>Form 1040, line 38 - ($59,896), including:<br>1. Sch. A, line 15 - $ 7,500;<br>2. Sch. A, line 16 - $16,230;<br>3. Sch. A, line 22 - $ 7,025; |
| 16 | 4/1/2003 | L. & S. J. | Form 1040, line 38 - ($104,742), including:<br>1. Sch. A, line 15 - $ 11,545;<br>2. Sch. A, line 16 - $ 16,305;<br>3. Sch. A, line 20 - $ 7,282;<br>4. Sch. A, line 21 - $ 350;<br>5. Sch. A, line 22 - $ 1,297; |
| 17 | 4/15/2003 | V. S. | Form 1040, line 38 - ($55,145), including:<br>1. Sch. A, line 15 - $ 7,316;<br>2. Sch. A, line 16 - $19,220;<br>3. Sch. A, line 20 - $13,759;<br>4. Sch. A, line 22 - $10,550; |
| 18 | 10/2/2003 | G. T. | Form 1040, line 38 - ($39,598), including:<br>1. Sch. A, line 15 - $ 5,813;<br>2. Sch. A, line 16 - $ 9,645;<br>3. Sch. A, line 20 - $ 8,775;<br>4. Sch. A, line 22 - $14,520; |

In violation of Title 26, United States Code, Section 7206(2).

///

///

**COUNT NINETEEN THROUGH TWENTY FIVE:** (26 U.S.C. § 7206(2))

On or about the dates set forth below, in the Northern District of California, the defendant,

CHARLES EDWARD PULLEN,

a resident of Pinole, California, did willfully aid and assist in, procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, for 2003, either individual or joint, for the taxpayers specified below, which were false and fraudulent as to the material matters specified below, in that the defendant CHARLES EDWARD PULLEN prepared the tax returns described below containing the materially false item(s) specified below, which the defendant then and there knew were false:

| COUNT | DATE OF OFFENSE | TAXPAYER | MATERIAL FALSE ITEMS |
|---|---|---|---|
| 19 | 3/29/2004 | U. & C. A. | Form 1040, line 37 - ($60,550), including:<br>1. Sch. A, line 15 - $ 9,610;<br>2. Sch. A, line 16 - $17,860;<br>3. Sch. A, line 20 - $10,176;<br>4. Sch. A, line 22 - $12,500; |
| 20 | 7/10/2004 | W. & L. A. | Form 1040, line 37 - ($63,088), including:<br>1. Sch. A, line 15 - $ 6,108;<br>2. Sch. A, line 16 - $13,735;<br>3. Sch. A, line 20 - $12,710;<br>4. Sch. A, line 22 - $11,657; |
| 21 | 3/30/2004 | M. & S. B. | Form 1040, line 37 - ($71,193), including:<br>1. Sch. A, line 16 - $ 6,500;<br>2. Sch. A, line 20 - $ 7,774; |
| 22 | 4/10/2004 | B. D. | Form 1040, line 37 - ($62,855), including:<br>1. Sch. A, line 15 - $ 6,528;<br>2. Sch. A, line 16 - $13,535;<br>3. Sch. A, line 20 - $17,001;<br>4. Sch. A, line 22 - $ 7,512; |
| 23 | 3/3/2004 | L. & S. J. | Form 1040, line 37 - ($72,143), including:<br>1. Sch. A, line 15 - $ 9,155;<br>2. Sch. A, line 16 - $14,100;<br>3. Sch. A, line 20 - $12,089; |
| 24 | 3/18/2004 | V. S. | Form 1040, line 37 - ($59,758), including:<br>1. Sch. A, line 15 - $ 7,712;<br>2. Sch. A, line 16 - $19,980;<br>3. Sch. A, line 20 - $15,700; |

| COUNT | DATE OF OFFENSE | TAXPAYER | MATERIAL FALSE ITEMS |
|---|---|---|---|
| 25 | 4/15/2004 | G. T. | Form 1040, line 37 - ($56,280), including:<br>1. Sch. A, line 15 - $ 6,536;<br>2. Sch. A, line 16 - $12,260;<br>3. Sch. A, line 20 - $20,686; |

In violation of Title 26, United States Code, Section 7206(2).

A True Bill

Bonnie O'Grady
FOREPERSON

Dated: 1/8/08

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN STRETCH
Chief, Criminal Section

Approved as to Form

THOMAS M. NEWMAN
Assistant United States Attorney