| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **February 20, 2008**

Reporter**: Margo Gurule**

| | |
|---|---|
| **Case No: CR-08-0015-CRB** | **DEFT: CHARLES PULLEN** <br> (X)Present |
| AUSA:  Thomas Newman | DEF ATTY:  Geoff Hansen |

**REASON FOR HEARING**   Status Conference

**RESULT** The defendant not having entered a plea before the magistrate on 2/20/08 a plea of not guilty is entered. Upon the request of defense counsel the matter is continued. Time excluded from 2/20/2008 to 3/05/2008.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**  March 05, 2008 @ 2:15 p.m.  **for** Status Conference

**JUDGMENT** _____

Notes: _____