| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **March 05, 2008**

Reporter**: Juanita Gonzalez**

| | |
|---|---|
| **Case No:** CR-08–0015-CRB | **DEFT:** CHARLES PULLEN |
| | (X)Present |
| AUSA: Cindy Stier | DEF ATTY: Geoff Hansen |
| Interpreter: | |
| USPO: | |

**REASON FOR HEARING** Status Conference

**RESULT** Matter continued.  Time excluded from 3/05/2008 to 3/26/2008, counsel to prepare order re exclusion of time

Motions (if any) to be filed
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** March 26, 2008 @ 2:15 p.m.  **for** Status Conference

**JUDGMENT**

Notes: