```
1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (CTBN 422187)
4  Assistant United States Attorney
    9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000

7  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.CR 08-000015-CRB |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **[PROPOSED] ORDER REGARDING** |
| ) | **EXCLUSION OF TIME** |
| CHARLES E. PULLEN, ) | |
| Defendant. ) | |

Defendant, Charles E. Pullen, came before the Court for a status conference on March 5, 2008. At that hearing, the matter was re-scheduled to March 26, 2008, at 2:15 p.m.

The parties agreed, and the Court found, that the time between March 5, 2008 and March 26, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The parties represent and this Court found that this delay is necessary to allow counsel for the Defendant to effectively prepare. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the

//

//

//

1  public and the defendant in a speedy trial.

DATED: March 5, 2008                /s/ Thomas Newman
                                    THOMAS M. NEWMAN
                                    Counsel for United States

DATED: March 5, 2008                /s/ Geoffrey Hansen
                                    GEOFFREY A. HANSEN
                                    Federal Public Defender
                                    Counsel for Charles Pullen

## ORDER

For the foregoing reasons, and as stated on the record at the hearing on March 5, 2008, the Court HEREBY ORDERS the period between March 5, 2008 and March 26, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:   March 6, 2008

_____
IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation and [Proposed] Order
Regarding Exclusion of Time,
Case No. CR 08-00015-CRB            2