| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **March 26, 2008**

Reporter**: Belle Ball**

| | |
|---|---|
| **Case No:** CR-08-0015-CRB | **DEFT:**   CHARLES PULLEN <br> (X)Present |
| AUSA:  Tom Newman <br> USPO: | DEF ATTY:  Geoffrey Hansen |

**REASON FOR HEARING**     Status Conference

**RESULT**   Held, matter set for a change of plea

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** April 9, 2008 @ 2:15 p.m.  **for**  Change of Plea

**JUDGMENT**

Notes: