| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **April 09, 2008**

Reporter**: Catherine Edwards**

**Case No:** CR-08-0015-CRB           **DEFT:**   CHARLES PULLEN
                                                      (X)Present

AUSA:   Tom Newman           DEF ATTY: Geoffrey Hansen
Interpreter: _____
USPO: _____

**REASON FOR HEARING** Trial Setting

**RESULT** Court set trial dates.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** July 24, 2008 @ 9:30a.m.     **for** Pre Trial Conference
                                 August 4, 2008 @ 8:30 a.m.   **for** Jury Trial

**JUDGMENT** _____

Notes: _____