IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. CR-08 - 015 CRB |
|                                    ) | |
| Plaintiff,                         ) | **ORDER MODIFYING TERMS OF** |
|                                    ) | **RELEASE** |
| vs.                                ) | |
|                                    ) | |
| CHARLES PULLEN,                    ) | |
|                                    ) | |
| Defendant.                         ) | |
| _____) | |

Without objection from the defendant, the terms of the defendant's pretrial release conditions are modified as follows: (1) the defendant shall not change his address without prior approval of pretrial services; and (2) until this case is concluded, the defendant shall not engage in the practice of advising clients about, and/or preparing, their tax returns.

Dated:                                    _____
                                          Maria-Elena James
                                          United States Magistrate Judge

1