| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **July 23, 2008**

Reporter**: Debra Pas**

| | |
|---|---|
| **Case No: CR-08-0015-CRB** | **DEFT:  CHARLES PULLEN** <br> (X)Present |
| AUSA:  Tom Newman <br> Interpreter: _____ <br> USPO: _____ | DEF ATTY:  Geoffrey Hansen |

**REASON FOR HEARING** Change of Plea (Open Plea)

**RESULT**   defendant placed under oath, enters a plea of guilty to count 24 of the indictment.

The Court accepts the plea and the defendant is adjudged guilty.  Defendant to remain on bond

under the pre trial release conditions.  The defendant may travel to Rocksville upon consent of

pre trial officer.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** November 05, 2008 @ 2:15 p.m.  **for** Judgment and Sentencing

**JUDGMENT**

Notes: